NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TYRELL BRAGG,                )
                             )
      Appellant,       )
                             )
v.                       )     Case No. 2D17-2035
                             )
STATE OF FLORIDA,     )
                             )
      Appellee.       )
_____)

Opinion filed February 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

      Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.